IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MERKEEMA YVETTE SMALLS,  :  <br>     Plaintiff,                       : <br>                                               : <br> v.                                                  :     CIVIL ACTION NO. 25-CV-4852 <br>                                               : <br> JUDGE BETSY JO WAHL, *et al.*,     : <br>     Defendants.                   : | |

## ORDER

AND NOW, this 2nd day of December, 2025, upon consideration of Plaintiff Merkeema Yvette Smalls's Motion to Proceed *In Forma Pauperis* (Dkt. No. 83), *pro se* Amended Complaint (Dkt. No. 10), Emergency Motion and Petition for Temporary Restraining Order (Dkt. No. 9), Motion to Take Judicial Notice (Dkt. No. 12), Petition for Equitable Protective Relief (Dkt. No. 20), Emergency Judicial Notice and Petition for Temporary Restraining Order (Dkt. No. 69), [Second] Motion for Leave to Proceed *In Forma Pauperis* (Dkt. No. 92), and [Third] Motion for Leave to Proceed *In Forma Pauperis* (Dkt. No. 95) it is **ORDERED** that:

    1.    Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

    2.    The Amended Complaint is **DEEMED** filed.

    3.    The Amended Complaint is **DISMISSED IN PART WITH PREJUDICE AND IN PART WITHOUT WITH PREJUDICE** for the reasons in the Court's Memorandum as follows:

      a.    All federal claims asserted in the Amended Complaint are **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

      b.    All state law claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction. Smalls will not be granted leave to amend these claims.

4.    The following Motions are **DENIED AS MOOT**:

      a.    Emergency Motion and Petition for Temporary Restraining Order (Dkt. No. 9),

      b.    Motion to Take Judicial Notice (Dkt. No. 12),

      c.    Petition for Equitable Protective Relief (Dkt. No. 20),

      d.    Emergency Judicial Notice and Petition for Temporary Restraining Order (Dkt. No. 69),

      e.    [Second] Motion for Leave to Proceed *In Forma Pauperis* (Dkt. No. 92), and

      f.    [Third] Motion for Leave to Proceed *In Forma Pauperis* (Dkt. No. 95).

5.    The Clerk of Court is **DIRECTED** to **CLOSE** this case.

                        **BY THE COURT:**

                        */s/ Gerald J. Pappert*
                        **GERALD J. PAPPERT, J.**